UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIFTON MURIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL SHUGAR, and others,<br><br>　　　　　Defendants. | Case Nos.  5:25-cv-00809 NC<br><br>**AMENDEDF SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:24-cv-09467 PCP, *Mariel Weber v. Nextracker, Inc., and others.*

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-00809 NC
SUA SPONTE JUDICIAL REFERRAL