**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEL WEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTRACKER INC., DANIEL SHUGAR, DAVID BENNETT, HOWARD WENGER, and CHARLES BOYNTON,<br><br>Defendants. | Case No.: 5:24-cv-09467-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING DEADLINES**<br><br>CLASS ACTION<br><br>Judge:      Hon. P. Casey Pitts<br>Courtroom: 8 – 4th Floor |

Court-appointed Lead Plaintiff Ryan Barker ("Lead Plaintiff") and Defendants Nextracker Inc. ("Nextracker"), Daniel Shugar, David Bennett, Howard Wenger, and Charles Boynton (Nextracker, Shugar, Bennett, Wenger, Boynton together the "Defendants," and collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, plaintiff Mariel Weber filed a class action complaint on December 27, 2024 against Defendants for violation of federal securities laws under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 (ECF No. 1);

WHEREAS, on January 16, 2025, the Court entered a stipulated order providing, *inter alia*, that "[w]ithin fourteen (14) days of an order by the Court appointing lead plaintiff and approving lead counsel,

the Defendants and the Court-appointed lead plaintiff shall submit a proposed schedule to the Court setting forth a deadline for lead plaintiff to file an Amended Complaint; a deadline for Defendants to move or otherwise respond to the Amended Complaint; and, if Defendants decide to move to dismiss the Amended Complaint as anticipated, a briefing schedule on the motion" (ECF No. 16);

WHEREAS, on March 25, 2025, the Court appointed Mr. Barker as Lead Plaintiff and the Rosen Law Firm, P.A. as lead counsel (ECF No. 39);

WHEREAS, pursuant to the Court's January 16, 2025, Order, on April 1, 2025, the Parties submitted to the Court a scheduling stipulation for the filing of an amended complaint and responses thereto (ECF No. 40);

WHEREAS, by Order dated April 1, 2025, the Court approved the stipulation, ordering Lead Plaintiff to file an amended complaint by May 27, 2025, and approving a schedule for briefing Defendants motion to dismiss (ECF No. 41); and

WHEREAS, Lead Plaintiff has requested a brief extension until June 3, 2025, to file the amended complaint, proposing that briefing schedule for Defendants' motion to dismiss does not extend beyond the November 14, 2025, deadline the Court initially approved, and Defendants have agreed to that extension,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the Parties hereto, through their undersigned counsel of record, that the Court order as follows:

1. Lead Plaintiff will file an amended complaint on or before June 3, 2025.
2. Defendants will file their motion to dismiss on or before August 8, 2025.
3. Lead Plaintiff will file an opposition to Defendants' motion to dismiss on or before September 30, 2025.
4. The Defendants will file any reply on or before November 14, 2025.

**SO STIPULATED.**

Dated: May 27, 2025                                             Respectfully submitted,

                                    **THE ROSEN LAW FIRM, P.A**

                                    By: */s/ Jacob A. Goldberg*

Jacob A. Goldberg, Esq. (admitted *pro hac vice*)
Leah Heifetz-Li, Esq. (admitted *pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: lheifetz@rosenlegal.com

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff Ryan Barker and the Class*

Dated: May 27, 2025                                             **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ James N. Kramer*
James N. Kramer
Alex Talarides
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
United States
Telephone: (415) 773 5700
Email: jkramer@orrick.com
          atalarides@orrick.com

*Attorneys for Defendants Nextracker, Inc.*

Dated: May 27, 2025

**DAVIS POLK & WARDWELL LLP**

By: */s/ Brian M. Burnovski*
Brian M. Burnovski (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com

Neal Potischman (SBN 254862)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Attorneys for Defendants Daniel Shugar, David Bennett, Howard Wenger, and Charles Boynton*

## ATTESTATION

I, Jacob A. Goldberg, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Deadlines. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants concur in this filing.

Dated: May 27, 2025

**ROSEN LAW FIRM, P.A.**

By: */s/ Jacob A. Goldberg*
Jacob A. Goldberg

*Lead Counsel for Lead Plaintiff Ryan Baker and the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
　　　　　　　　　　　　　　　　　　Hon. P. Casey Pitts
　　　　　　　　　　　　　　　　　　United States District Judge