ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
bcochran@rgrdlaw.com

Attorneys for Plaintiff Mariel Weber

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIEL WEBER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEXTRACKER INC., et al., <br><br> Defendants. | Case No. 5:24-cv-09467-PCP <br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mariel Weber hereby voluntarily dismisses her claims without prejudice to her ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  June 13, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
BRIAN E. COCHRAN


                    s/ Brian E. Cochran
            BRIAN E. COCHRAN

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
bcochran@rgrdlaw.com


ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
501 West Broadway, Suite 800
San Diego, CA  92101
Telephone:  619/230-0063
frankj@johnsonfistel.com

Attorneys for Plaintiff Mariel Weber