UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MINKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL SHUGAR, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-02636-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable P. Casey Pitts for consideration of whether the case is related to *Weber v. Nextracker Inc. et al*, Case No. 5:24-cv-09467.

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
RITA F. LIN
United States District Judge