JAMES N. KRAMER (SBN 154709)
*Email: jkramer@orrick.com*
ALEXANDER K. TALARIDES (SBN 268068)
*Email: atalarides@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Nextracker Inc.,
Daniel Shugar, David Bennett, Howard Wenger,
Charles Boynton, and Nicholas "Marco" Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIEL WEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NEXTRACKER INC., ET AL.,<br><br>                    Defendants. | Case No. 5:24-cv-09467-PCP<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      December 4, 2025<br>Time:      10:00 a.m.<br>Judge:    Honorable P. Casey Pitts<br>Ctrm:     8, 4th Floor |

I, Alexander K. Talarides, declare:

1.    I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Nextracker Inc. ("Nextracker" or "Company"), Daniel Shugar, David Bennett, Howard Wenger, Charles Boynton, and Nicholas "Marco" Miller. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violation of the Federal Securities Laws. I am an attorney licensed to practice law before the courts of the State of California and before this Court. I am over 18 years of age and have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify hereto.

2.    Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of Nextracker's Form 10-Q for the fiscal quarter ended December 31, 2023, filed with the Securities and Exchange Commission ("SEC") on February 7, 2024. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

3.    Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of Nextracker's Form 10-K for the fiscal year ended March 31, 2024, filed with the SEC on May 28, 2024. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

4.    Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter ended June 30, 2023, filed with the SEC on July 26, 2023. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

5.    Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter ended September 29, 2023, filed with the SEC on October 25, 2023. Relevant portions of this

document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

6.	Attached as **Exhibit 5** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter and fiscal year ended March 31, 2024, filed with the SEC on May 14, 2024. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

7.	Attached as **Exhibit 6** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter ended June 28, 2024, filed with the SEC on August 1, 2024. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

8.	Attached as **Exhibit 7** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter ended September 27, 2024, filed with the SEC on October 30, 2024. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

9.	Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of Nextracker's Form 8-K with the press release announcing the Company's financial results for the fiscal quarter and fiscal year ended March 31, 2025, filed with the SEC on May 14, 2025. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the SEC's website (https://www.sec.gov/search-filings) and on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

10.	Attached as **Exhibit 9** is a true and correct copy of a transcript of Nextracker's

earnings call on May 14, 2024 for the fiscal quarter and fiscal year ended March 31, 2024, published by FactSet CallStreet. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

11.    Attached as **Exhibit 10** is a true and correct copy of a transcript of Nextracker's presentation on June 17, 2024 at the J.P. Morgan Energy, Power & Renewables Conference, published by MAP Digital. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

12.    Attached as **Exhibit 11** is a true and correct copy of a transcript of Nextracker's earnings call on August 1, 2024 for the fiscal quarter ended June 28, 2024, published by FactSet CallStreet. Relevant portions of this document are highlighted for the Court's convenience. The document is readily available to the public on the investor relations page of Nextracker's website (https://investors.nextracker.com/irhome/default.aspx).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed August 8, 2025, in San Francisco, California.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES