# EXHIBIT 4

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

_____

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **October 25, 2023**

## Nextracker Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-41617** | **36-5047383** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**6200 Paseo Padre Parkway, Fremont, California 94555**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: **(510) 270-2500**

_____

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 | NXT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

## Nextracker Reports Q2 FY24 Financial Results

*Record Revenue and Profits in Q2 and Raises FY24 Guidance*

**October 25, 2023**

**FREMONT, CALIF.--** Nextracker (Nasdaq: NXT), one of the world's leading providers of intelligent solar tracker and software solutions, today announced financial results for the second quarter ended September 29, 2023.

**Q2 FY2024 Financial Highlights:**

- Revenue $573 million, up 23% YoY

- GAAP net income $81 million, EPS $0.55

- Adjusted EBITDA $110 million, up 164% YoY

- Non-GAAP net income $96 million, non-GAAP EPS $0.65

**Q2 FY2024 Business Highlights:**

Strong Execution Supported by Global Supply Chain Repositioning and Capacity Expansion, Continued Customer Wins, and Product Innovation with Next Gen Tech Suite

- Record backlog; robust customer wins across multiple continents

- Continued U.S. and global supply chain capacity expansion with strategic partners

- Launched Next Gen Tech Suite with 3 new innovations:

    ◦ NX Horizon Hail Pro: Hail-stowing solution with hardware, software, service

    ◦ NX Horizon XTR-1.5: Doubling the undulation capability of our terrain-following tracker

    ◦ TrueCapture Zonal Diffuse: Enhanced energy yield in varied irradiance conditions

"Nextracker's Q2 results reflect strong worldwide execution, and we are pleased with our record revenue, profits, and backlog," said Dan Shugar, Founder and CEO of Nextracker. "We closed our third consecutive quarter of growth year-over-year, as a public company, and it was our sixth consecutive quarter of margin expansion on a sequential basis."

"With a record first half and our anticipation of a strong second half of the fiscal year, we have raised our annual profit guidance and the mid-point of our annual revenue guidance. We are well-positioned with our global scale and growth profile, and we are excited to pursue the market opportunities ahead."

**FY2024 Annual Guidance**

Raised Mid-Point of FY24 Revenue Range and Raised FY24 Adjusted EBITDA Range

- Revenue: $2.3 billion to $2.4 billion (vs. previous $2.2 billion to $2.4 billion)

- GAAP Net Income: $237 million to $266 million (vs. previous $176 million to $205 million)

- GAAP EPS: $1.60 to $1.80 (vs. previous $1.20 to $1.40)

- Adjusted EBITDA: $390 million to $440 million (vs. previous $290 million to $340 million)

- Non-GAAP EPS: $1.95 to $2.15 (vs. previous $1.45 to $1.65) which excludes $0.35 for stock-based compensation expense and net intangible amortization

**Schedule I**

Nextracker Inc.

Unaudited condensed consolidated statements of operations and comprehensive income

(In thousands, except share and per share data)

| | | Three-months ended | | | Six-months ended | |
| --- | --- | --- | --- | --- | --- | --- |
| | | September 29, 2023 | September 30, 2022 | September 29, 2023 | September 30, 2022 |
| Revenue | $ | 573,357 | $ 467,142 | $ 1,052,900 | $ 870,372 |
| Cost of sales | | 424,247 | 402,603 | 790,046 | $ 755,970 |
| Gross profit | | 149,110 | 64,539 | 262,854 | 114,402 |
| Selling, general and administrative expenses | | 47,872 | 20,745 | 82,107 | 36,862 |
| Research and development | | 7,146 | 4,322 | 12,775 | 8,299 |
| Operating income | | 94,092 | 39,472 | 167,972 | 69,241 |
| Interest and other (income) expense, net | | 8,684 | 1,309 | 9,818 | 1,248 |
| Income before income taxes | | 85,408 | 38,163 | 158,154 | 67,993 |
| Provision for income taxes | | 3,999 | 11,076 | 13,100 | 16,776 |
| Net income and comprehensive income | | 81,409 | 27,087 | 145,054 | 51,217 |
| Less: Net income attributable to Nextracker LLC prior to the reorganization transactions | | — | 27,087 | — | 51,217 |
| Less: Net income attributable to redeemable non-controlling interests | | 42,156 | — | 85,372 | — |
| Net income attributable to Nextracker Inc. | $ | 39,253 | $ — | $ 59,682 | $ — |
| | | | | | |
| Earnings per share attributable to the stockholders of Nextracker Inc. (1) | | | | | |
| Basic | $ | 0.64 | N/A | $ 1.10 | N/A |
| Diluted | $ | 0.55 | N/A | $ 0.99 | N/A |
| Weighted-average shares used in computing per share amounts: | | | | | |
| Basic | | 61,721,709 | N/A | 54,070,140 | N/A |
| Diluted | | 147,141,142 | N/A | 147,008,353 | N/A |

(1)    Basic and diluted earnings per share is applicable only for the period following the initial public offering ("IPO") and the related Transactions.