# EXHIBIT 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 14, 2024**

---

# Nextracker Inc.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-41617** | **36-5047383** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**6200 Paseo Padre Parkway, Fremont, California 94555**
**(Address of principal executive offices) (Zip Code)**

**Registrant's telephone number, including area code: (510) 270-2500**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|:---:|:---:|
| Class A Common Stock, par value $0.0001 | NXT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Exhibit 99.1**

# Nextracker Reports Q4 and FY24 Financial Results

*Achieves Record Revenue and Profits*

*First U.S. Solar Company to Achieve 100 Gigawatts Global Shipment Milestone*

**May 14, 2024**

**FREMONT, CALIF.--** Nextracker (Nasdaq: NXT), a global market leader of intelligent solar tracker and software solutions, today announced financial results for the fourth quarter and fiscal year ended March 31, 2024.

**Full FY2024 Financial Highlights**

- Revenue $2.5 billion, up 31% YoY
- GAAP net income $496 million, diluted EPS $3.37
- Adjusted EBITDA $521 million, up 150% YoY (excludes IRA 45X tax credit benefits)
- Adjusted net income $451 million, adjusted diluted EPS $3.06 (excludes IRA 45X tax credit benefits)
- Operating cash flow of $429 million and adjusted free cash flow of $427 million

**Full FY2024 Business Highlights**

- Milestone of 100-gigawatts (GW) shipped globally since company inception
- Record backlog of over $4 billion; Robust demand in U.S. and international markets
- Launched 3 new products: NX Horizon Hail Pro™, NX Horizon XTR-1.5™, TrueCapture's Zonal Diffuse™
- 20 new or expanded U.S. partner manufacturing facilities since 2021
- Global annual supply capacity over 50 gigawatts, including U.S. capacity of over 30 gigawatts

**Q4 FY2024 Financial Highlights:**

- Revenue $737 million, up 42% YoY
- GAAP net income $223 million, diluted EPS $1.51
- Adjusted EBITDA $160 million, up 120% YoY (excludes IRA 45X tax credit benefits)

"Fiscal year 2024 was a year of strong execution and significant growth for Nextracker, and we reached a record backlog of over $4 billion that more than tripled in 2 years," said Dan Shugar, founder and CEO of Nextracker. "We've accelerated our pace of product innovation, scaled global revenue and supply chain, more than doubled our profits from the prior year, and exceeded all elements of our full year guidance."

"We also reached a tremendous milestone being the first U.S. solar company to surpass 100 gigawatts of global shipments since Nextracker's inception, which underscores our sustained leadership position in the market. As we look ahead, we're very excited about solar accelerating its position as the number one source of new power generation in the U.S. and abroad."

**FY2025 Annual Guidance**

- Revenue: $2.8 billion to $2.9 billion
- GAAP net income: $369 million to $399 million
- GAAP diluted EPS: $2.41 to $2.61