# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): July 31, 2024**

---

# Nextracker Inc.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-41617** | **36-5047383** |
|:---:|:---:|:---:|
| (State or other jurisdiction<br>of incorporation) | (Commission<br>File Number) | (IRS Employer<br>Identification No.) |

**6200 Paseo Padre Parkway, Fremont, California 94555**
**(Address of principal executive offices) (Zip Code)**

**Registrant's telephone number, including area code: (510) 270-2500**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|:---:|:---:|:---:|
| Class A Common Stock, par value $0.0001 | NXT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 2.02**

**Exhibit 99.1**

# Nextracker Reports Q1 FY25 Financial Results

*==50% Revenue Growth YoY; Reaffirms FY25 Outlook==*
*Adds Solar Foundation Offerings with Ojjo and Solar Pile International Acquisitions*

**August 1, 2024**

**FREMONT, Calif. –** Nextracker (Nasdaq: NXT), a global market leader of intelligent solar tracker and software solutions, today announced financial results for the first quarter of fiscal year 2025, ended June 28, 2024.

**Financial Summary**
(In millions, except per share)

|  | ==Q1 FY25*== | Q4 FY24* | ==Q1 FY24*== |
|---|---|---|---|
| ==Revenue== | ==$720== | $737 | ==$480== |
| **GAAP Gross Profit** | $237 | $340 | $114 |
| **GAAP Gross Margin** | 33.0 % | 46.2 % | 23.7 % |
| **GAAP Net Income** | $125 | $223 | $64 |
| **GAAP Net Income Margin** | 17.3 % | 30.3 % | 13.3 % |
| **GAAP Diluted EPS** | $0.84 | $1.51 | $0.43 |
|  |  |  |  |
| **Adjusted Gross Profit** | $241 | $222 | $116 |
| **Adjusted Gross Margin** | 33.5 % | 30.2 % | 24.1 % |
| **Adjusted EBITDA** | $175 | $160 | $84 |
| **Adjusted EBITDA Margin** | 24.3 % | 21.7 % | 17.4 % |
| **Adjusted Net Income** | $139 | $142 | $71 |
| **Adjusted Diluted EPS** | $0.93 | $0.96 | $0.48 |

*Q1 FY25 GAAP and adjusted results include approximately $47 million of IRA 45X advanced manufacturing tax credit vendor rebates (45X credits). Q4 FY24 GAAP results include a cumulative adjustment to recognize 45X credits of $121 million earned on eligible deliveries from January 1, 2023, through March 31, 2024. Q1 FY24 results do not include 45X credits.

Please refer to Nextracker's most recent Annual Report on Form 10-K for more information on 45X credits and schedules IV and V attached to this press release for a reconciliation of non-GAAP to GAAP financial measures, and additional information can be found on the Investor Relations section of our website.

## Business Highlights

- Launched NX Horizon Low Carbon Tracker in April 2024 and unveiled Agrivoltaics in July 2024
- Expanded JM Steel's Pittsburgh facility with Nextracker-dedicated manufacturing in April 2024
- Opened a second Nevada factory by Unimacts with Nextracker-dedicated manufacturing in June 2024
- Acquired Ojjo, Inc. on June 20, 2024 for approximately $120 million
- Acquired Solar Pile International's foundations business on July 31, 2024 for approximately $48 million
- Amended credit agreement and expanded revolver facility from $500 million to $1 billion on June 21, 2024
- Currently expect 100% U.S. domestic content capability with an early CY25 planned ship date

"Our fiscal year is off to an excellent start with another quarter of strong execution, where healthy demand dynamics continued for solar trackers in both the U.S. and international markets," said **Dan Shugar, founder and CEO of Nextracker**. "We also unveiled new product solutions, expanded several of our partner manufacturing facilities, and added foundations solutions with the acquisitions of Ojjo and Solar Pile International's foundations business."

"Our exceptional Q1 results led to our sixth consecutive quarter of year-over-year double-digit revenue growth," said **Chuck Boynton, CFO of Nextracker**. "We continued to bolster our strong balance sheet with healthy operating cash flows, limited debt, and an expanded total liquidity of over $1.4 billion."

**FY2025 Annual Outlook**

Nextracker reaffirmed its full-year fiscal year 2025 outlook:

|  | **FY25 Outlook** |
|---|---|
| **Revenue** | $2.8 billion to $2.9 billion |
| **GAAP Net Income** | $363 million to $393 million |
| **GAAP Diluted EPS** | $2.37 to $2.57 |
| **Adjusted EBITDA** | $600 million to $650 million |
| **Adjusted Diluted EPS** | $2.89 to $3.09 |

GAAP net income range of $363 million to $393 million is updated from previous range of $369 million to $399 million to include estimated impact of incremental net intangible asset amortization resulting from acquisitions. GAAP diluted EPS range of $2.37 to $2.57 is updated from previous $2.41 to $2.61 to include the estimated impact of incremental net intangible asset amortization resulting from acquisitions.

Adjusted EBITDA and adjusted diluted EPS exclude approximately $103 million and $0.52, respectively, for stock-based compensation and net intangible amortization.

**Q1 FY2025 Earnings Call**

August 1, 2024
2:00 p.m. PT / 5:00 p.m. ET
Live webcast available on investors.nextracker.com

We encourage you to review our Q1 FY25 Shareholder Letter, which, along with this press release, is available on the Nextracker Investor Relations website and includes important information for Nextracker shareholders that supplements and expands on the information in this press release.

The webcast replay will be available on the Nextracker Investor Relations website following the conclusion of the event.

**About Nextracker**

Nextracker is a leading provider of intelligent, integrated solar tracker and software solutions used in utility-scale and ground-mounted distributed generation solar projects around the world. Our products enable solar panels power plants to follow the sun's movement across the sky and optimize plant performance. With power plants operating in forty countries worldwide, Nextracker offers solar tracker technologies that increase energy production while reducing costs for significant plant ROI. For more information, please visit www.nextracker.com.

**Schedule I**

Nextracker Inc.

Unaudited condensed consolidated statements of operations and comprehensive income

(In thousands, except share and per share data)

| | Three-month periods ended | | |
|---|---|---|---|
| | June 28, 2024 | March 31, 2024 | June 30, 2023 |
| Revenue | $ 719,921 | $ 736,515 | $ 479,543 |
| Cost of sales | 482,481 | 396,045 | 365,799 |
| Gross profit | 237,440 | 340,470 | 113,744 |
| Selling, general and administrative expenses | 60,827 | 56,706 | 32,437 |
| Research and development | 16,519 | 13,090 | 7,427 |
| Operating income | 160,094 | 270,674 | 73,880 |
| Interest expense | 3,280 | 3,845 | 3,102 |
| Other expense (income), net | 4,868 | (16,235) | (1,968) |
| Income before income taxes | 151,946 | 283,064 | 72,746 |
| Provision for income taxes | 27,152 | 59,864 | 9,101 |
| Net income and comprehensive income | 124,794 | 223,200 | 63,645 |
| Less: Net income attributable to non-controlling interests and redeemable non-controlling interests | 3,094 | 18,037 | 43,216 |
| Net income attributable to Nextracker Inc. | $ 121,700 | $ 205,163 | $ 20,429 |
| | | | |
| Earnings per share attributable to the stockholders of Nextracker Inc. | | | |
| Basic | $ 0.86 | $ 1.48 | $ 0.44 |
| Diluted | $ 0.84 | $ 1.51 | $ 0.43 |
| Weighted-average shares used in computing per share amounts: | | | |
| Basic | 142,102,503 | 138,389,259 | 46,411,859 |
| Diluted | 149,233,237 | 148,144,066 | 146,868,852 |