# EXHIBIT 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): October 30, 2024**

---

# Nextracker Inc.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-41617** | **36-5047383** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**6200 Paseo Padre Parkway, Fremont, California 94555**
**(Address of principal executive offices) (Zip Code)**

**Registrant's telephone number, including area code: (510) 270-2500**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 | NXT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 2.02**

**Exhibit 99.1**

# Nextracker Reports Q2 FY25 Financial Results

*Reaffirms FY25 Revenue Outlook and Raises FY25 Profit Outlook*

**FREMONT, Calif. October 30, 2024 –** Nextracker (Nasdaq: NXT), a global market leader of intelligent solar tracker and software solutions, today announced financial results for the second quarter of fiscal year 2025, ended September 27, 2024.

**Financial Summary**
(In millions, except per share)

|  | Q2 FY25* | Q1 FY25* | Q2 FY24 |
|---|---|---|---|
| Revenue | $636 | $720 | $573 |
| GAAP Gross Profit | $225 | $237 | $149 |
| GAAP Gross Margin | 35.4 % | 33.0 % | 26.0 % |
| GAAP Net Income | $117 | $125 | $81 |
| GAAP Net Income Margin | 18.5 % | 17.3 % | 14.2 % |
| GAAP Diluted EPS | $0.79 | $0.84 | $0.55 |
|  |  |  |  |
| Adjusted Gross Profit | $228 | $241 | $152 |
| Adjusted Gross Margin | 35.9 % | 33.5 % | 26.6 % |
| Adjusted EBITDA | $173 | $175 | $110 |
| Adjusted EBITDA Margin | 27.2 % | 24.3 % | 19.2 % |
| Adjusted Net Income | $145 | $139 | $96 |
| Adjusted Diluted EPS | $0.97 | $0.93 | $0.65 |

*Q2 FY25 and Q1 FY25 GAAP and adjusted results include approximately $51 million and $47 million, respectively, of IRA 45X advanced manufacturing tax credit vendor rebates (45X credits). Q2 FY24 results do not include 45X credits.

Please refer to Nextracker's most recent Quarterly Report on Form 10-Q and Annual Report on Form 10-K for more information on 45X credits and schedules IV and V attached to this press release for a reconciliation of non-GAAP to GAAP financial measures. Additional information can be found on the Investor Relations section of our website.

## Business Highlights

- Unveiled NX Foundation Solutions at 2024 RE+ North America in Anaheim, California
- Signed 100% U.S. domestic content project contracts and accelerated planned ship date to the end of CY24
- Expanded manufacturing footprint to over 85 partner manufacturing facilities
- Inaugurated India's first R&D Center for Solar Excellence in Hyderabad, the third global R&D center along with centers in Brazil and the U.S.

"We're very pleased with the company's execution, driving a record first half of fiscal year 2025 with strong demand in Q2," said **Dan Shugar, founder and CEO of Nextracker**. "In the quarter, we successfully executed on the launch of our new NX Foundation Solutions portfolio. We are also pleased to report that we have received customer orders for all of our new products launched in the last year, including NX Horizon-XTR™ 1.5 all-terrain tracker, NX Horizon™ Low Carbon Tracker, NX Hail Pro-75, and NX Foundation Solutions. Finally, we accelerated our planned timeline for our 100% U.S. domestic content projects ship date from early CY25 to before the end of the current calendar year."

"We finished Q2 with strong execution and operational discipline, driving meaningful improvements in margins, which allows us to raise our FY25 profit outlook," said **Chuck Boynton, CFO of Nextracker**. "In the first half of FY25, we generated $260 million in adjusted free cash flow, bolstering our balance sheet with over $560 million of total cash and cash equivalents, bringing our total liquidity to over $1.5 billion."

**FY2025 Annual Outlook**
Reaffirms FY25 revenue outlook and raises FY25 profit outlook

|  | Updated Outlook | Previous Outlook |
| --- | --- | --- |
| **Revenue** | $2.8 to $2.9 billion | $2.8 to $2.9 billion |
| **GAAP Net Income** | $378 to $408 million | $363 to $393 million |
| **GAAP Diluted EPS** | $2.50 to $2.70 | $2.37 to $2.57 |
| **Adjusted EBITDA** | $625 to $665 million | $600 to $650 million |
| **Adjusted Diluted EPS** | $3.10 to $3.30 | $2.89 to $3.09 |

Adjusted EBITDA and adjusted diluted EPS exclude approximately $119 million and $0.60, respectively, for stock-based compensation, acquisition related costs and net intangible amortization.

**Q2 FY2025 Earnings Call**

October 30, 2024
2:00 p.m. PT / 5:00 p.m. ET
Live webcast available on investors.nextracker.com

We encourage you to review our Q2 FY25 Shareholder Letter, which, along with this press release, is available on the Nextracker Investor Relations website and includes important information for Nextracker shareholders that supplements and expands on the information in this press release.

The webcast replay will be available on the Nextracker Investor Relations website following the conclusion of the event.

**Upcoming Events**

Nextracker leadership executives will present at the upcoming investor conferences:

**Baird Global Industrial Conference – Chicago, IL**

Fireside Chat
November 13, 2024
8:50 a.m. PT / 11:50 a.m. ET

**UBS Tech West – Scottsdale, AZ**

Fireside Chat
December 4, 2024
10:35 a.m. PT / 1:35 p.m. ET

Live webcasts available on investors.nextracker.com

**Schedule I**

Nextracker Inc.

Unaudited condensed consolidated statements of operations and comprehensive income

(In thousands, except per share data)

|  | Three-month periods ended | |
|---|---|---|
|  | September 27, 2024 | September 29, 2023 |
| Revenue | $ 635,571 | $ 573,357 |
| Cost of sales | 410,776 | 424,247 |
| Gross profit | 224,795 | 149,110 |
| Selling, general and administrative expenses | 72,127 | 47,872 |
| Research and development | 19,193 | 7,146 |
| Operating income | 133,475 | 94,092 |
| Interest expense | 3,665 | 3,646 |
| Other (income) expense, net | (7,382) | 5,038 |
| Income before income taxes | 137,192 | 85,408 |
| Provision for income taxes | 19,928 | 3,999 |
| Net income and comprehensive income | 117,264 | 81,409 |
| Less: Net income attributable to non-controlling interests and redeemable non-controlling interests | 1,873 | 42,156 |
| Net income attributable to Nextracker Inc. | $ 115,391 | $ 39,253 |
|  |  |  |
| Earnings per share attributable to Nextracker Inc. common stockholders |  |  |
| Basic | $ 0.80 | $ 0.64 |
| Diluted | $ 0.79 | $ 0.55 |
| Weighted-average shares used in computing per share amounts: |  |  |
| Basic | 143,479 | 61,722 |
| Diluted | 149,079 | 147,141 |

Nextracker Inc.
Unaudited condensed consolidated statements of operations and comprehensive income (continued)
(In thousands, except per share data)

| | Six-month periods ended | |
| --- | --- | --- |
| | September 27, 2024 | September 29, 2023 |
| Revenue | $ 1,355,492 | $ 1,052,900 |
| Cost of sales | 893,257 | 790,046 |
| Gross profit | 462,235 | 262,854 |
| Selling, general and administrative expenses | 132,954 | 82,107 |
| Research and development | 35,712 | 12,775 |
| Operating income | 293,569 | 167,972 |
| Interest expense | 6,945 | 6,748 |
| Other (income) expense, net | (2,514) | 3,070 |
| Income before income taxes | 289,138 | 158,154 |
| Provision for income taxes | 47,080 | 13,100 |
| Net income and comprehensive income | 242,058 | 145,054 |
| Less: Net income attributable to non-controlling interests and redeemable non-controlling interests | 4,967 | 85,372 |
| Net income attributable to Nextracker Inc. | $ 237,091 | $ 59,682 |
| | | |
| Earnings per share attributable to Nextracker Inc. common stockholders | | |
| Basic | $ 1.66 | $ 1.10 |
| Diluted | $ 1.62 | $ 0.99 |
| Weighted-average shares used in computing per share amounts: | | |
| Basic | 142,785 | 54,070 |
| Diluted | 149,151 | 147,008 |