# EXHIBIT 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 9, 2025**

---

# Nextracker Inc.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-41617** | **36-5047383** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**6200 Paseo Padre Parkway, Fremont, California 94555**
**(Address of principal executive offices) (Zip Code)**

**Registrant's telephone number, including area code: (510) 270-2500**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|:---:|:---:|:---:|
| Class A Common Stock, par value $0.0001 | NXT | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Exhibit 99.1**

# Nextracker Reports Q4 and Fiscal Year 2025 Financial Results

*Record Q4 FY25 Revenue of $924 Million, a 26% Increase Year-over-Year*

*Launches Electrical Balance of Systems (eBOS) Business With Acquisition of Bentek*

**FREMONT, Calif., May 14, 2025 –** Nextracker (Nasdaq: NXT), a leading solar technology platform provider, today announced financial results for the fourth quarter and full year results for fiscal year 2025, ended March 31, 2025.

**Financial Summary**
(In millions, except per share)

|  | Q4 FY25 | Q3 FY25 | Q4 FY24 |
|---|---|---|---|
| **Revenue** | $924 | $679 | $737 |
| **GAAP Gross Profit** | $306 | $241 | $340 |
| **GAAP Gross Margin** | 33.1 % | 35.5 % | 46.2 % |
| **GAAP Net Income** | $158 | $117 | $223 |
| **GAAP Net Income Margin** | 17.1 % | 17.3 % | 30.3 % |
| **GAAP Diluted EPS** | $1.05 | $0.79 | $1.51 |
|  |  |  |  |
| **Adjusted Gross Profit** | $309 | $245 | $222 |
| **Adjusted Gross Margin** | 33.4 % | 36.0 % | 30.2 % |
| **Adjusted EBITDA** | $242 | $186 | $160 |
| **Adjusted EBITDA Margin** | 26.2 % | 27.4 % | 21.7 % |
| **Adjusted Net Income** | $193 | $154 | $142 |
| **Adjusted Diluted EPS** | $1.29 | $1.03 | $0.96 |

Q4 FY25 and Q3 FY25 GAAP and adjusted results include approximately $75 million and $52 million, respectively, of IRA 45X advanced manufacturing tax credit vendor rebates ("45X credits"). Q4 FY24 adjusted results do not include 45X credits, Q4 FY24 GAAP results include $121 million of 45X credits.

Please refer to Nextracker's most recent Quarterly Report on Form 10-Q and Annual Report on Form 10-K for more information on 45X credits and schedules III, IV and V attached to this press release for a reconciliation of non-GAAP to GAAP financial measures. Additional information can be found on the Investor Relations section of our website.

**Business Highlights**

- Achieved record revenue of approximately $3 billion and increased backlog again in Q4 to significantly above $4.5 billion. YoY revenue increased approximately 18%
- Realized significant uptake in our new product offerings:
  - Continued strong uptake of NX Horizon Hail Pro™ series trackers with over 9 GW of NX Horizon Hail Pro-60 and Hail Pro-75 booked in FY25. These products are widening the addressable and insurable market for solar in extreme weather locations
  - Demand for NX Horizon-XTR™ solar tracker series strengthened, including recently released XTR 1.5 tracker, which now totals more than 17 GW of XTR sold in FY25. This further validates the value of adaptability to undulating terrain
  - Exceeded bookings plan in the recently acquired foundations business, booking over 1 GW in the last two quarters of FY25

- Achieved record TrueCapture™ bookings in FY25 with solid global momentum and increasing attach rates
- Expanded geographic footprint, now serving over 40 countries with over 90 global partner factory facilities and three R&D innovation centers
- Delivered the first 100% domestic content tracker as measured by U.S. Treasury Department safe harbor statement with increasing domestic capacity served by over 25 U.S. partner facilities

"We had a fantastic year, exceeding our financial, technology, customer satisfaction, and market growth targets," said Dan Shugar, founder and CEO of Nextracker. "We posted another strong bookings quarter with backlog again increasing sequentially, supported by robust demand around the globe. Our performance positions the company for further growth this year and enables continued investment in key strategic initiatives. We are also pleased to announce today the launch of our electrical balance-of-systems business with the acquisition of Bentek Corporation. As we continue to incorporate adjacent products and services around our core tracker technology, we are evolving Nextracker from a pure-play tracker supplier to a solar power platform company," concluded Shugar.

"Nextracker completed a very strong financial year with record revenue and earnings, generating $622 million in free cash flow and ending the year with over $766 million in cash and no debt," said Chuck Boynton, CFO of Nextracker. "Our ability to generate strong free cash flow enables the company to invest in both organic and inorganic growth initiatives to expand our platform to better serve our customers and extend our market leadership," said Boynton.

**FY2026 Annual Outlook**

| | |
|---|---|
| **Revenue** | $3.2 to $3.4 billion |
| **GAAP Net Income** | $445 to $503 million |
| **GAAP Diluted EPS** | $2.91 to $3.29 |
| **Adjusted EBITDA** | $700 to $775 million |
| **Adjusted Diluted EPS** | $3.65 to $4.03 |

Adjusted EBITDA range of $700 million to $775 million, which excludes approximately $128 million for stock-based compensation, acquisition related costs, and net intangible amortization.

Adjusted Diluted EPS range of $3.65 to $4.03, which excludes approximately $0.64 for stock-based compensation, acquisition related costs, and net intangible amortization.

## Bentek Acquisition

Nextracker also announced today the acquisition of U.S.-based Bentek Corporation, an industry pioneer and manufacturer of electrical infrastructure used in all types of solar power plants. The all-cash transaction of approximately $78 million including future contingent earnout consideration combines Bentek's engineered, pre-assembled eBOS solutions with Nextracker's world class solar tracker platform, providing customers streamlined procurement and project logistics from a single source. The eBOS products will be offered as standalone, industry-compatible components for both trackers and fixed tilt systems, as well as in formats optimized for use in integrated NX Horizon™ system solutions. Bentek's U.S. fabrication footprint further enhances Nextracker's strong domestic supply chain position.

The acquisition continues Nextracker's strategy of incorporating complementary technologies into the company's market-leading tracker platform to accelerate solar power plant construction, increase performance, and enhance long-term reliability.

Nextracker Inc.
Unaudited condensed consolidated statements of operations and comprehensive income (continued)
(In thousands, except per share data)

| | Twelve-month periods ended | |
| --- | --- | --- |
| | March 31, 2025 | March 31, 2024 |
| Revenue | $ 2,959,197 | $ 2,499,841 |
| Cost of sales | 1,950,372 | 1,686,792 |
| Gross profit | 1,008,825 | 813,049 |
| Selling, general and administrative expenses | 290,321 | 183,571 |
| Research and development | 79,392 | 42,360 |
| Operating income | 639,112 | 587,118 |
| Interest expense | 13,096 | 13,820 |
| Other income, net | (22,000) | (34,699) |
| Income before income taxes | 648,016 | 607,997 |
| Provision for income taxes | 130,770 | 111,782 |
| Net income and comprehensive income | 517,246 | 496,215 |
| Less: Net income attributable to non-controlling interests | 8,078 | 189,974 |
| Net income attributable to Nextracker Inc. | $ 509,168 | $ 306,241 |
| | | |
| Earnings per share attributable to Nextracker Inc. common stockholders | | |
| Basic | $ 3.55 | $ 3.97 |
| Diluted | $ 3.47 | $ 3.37 |
| Weighted-average shares used in computing per share amounts: | | |
| Basic | 143,539 | 77,068 |
| Diluted | 149,276 | 147,284 |