UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN BARKER, et al.,

Plaintiffs,

v.

NEXTRACKER INC., et al.,

Defendants.

Case No.  24-cv-09467-PCP

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

Re: Dkt. No. 61

On March 9, 2026, this Court granted defendants' Rule 12(b)(6) motion to dismiss, concluding that plaintiffs' first amended complaint failed to state a claim for relief. Dkt. No. 61. The Court dismissed plaintiffs' claims without prejudice and granted plaintiffs leave to file an amended complaint to address the deficiencies identified by the Court. *Id.* On April 6, 2026, plaintiffs notified the Court that they would not be filing a second amended complaint. Dkt. No. 63. Accordingly, the Court now dismisses the claims in plaintiffs' first amended complaint with prejudice and without further leave to amend.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_____

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California