UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN BARKER, et al.,

        Plaintiffs,

    v.

NEXTRACKER INC., et al.,

        Defendants.

Case No.  24-cv-09467-PCP

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_____
P. Casey Pitts
United States District Judge

United States District Court
Northern District of California